UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER JOHNSON, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CORDIS CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 17-cv-00022-EMC<br><br>**ORDER REMANDING CASE** |

For the reasons stated in this Court's September 23, 2016, Order in *Dunson v. Cordis*, C16-3076-EMC, Docket No. 53, the Court hereby **REMANDS** this case to state court for lack of subject matter jurisdiction. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED**.

Dated: February 7, 2017

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge